UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORINDA IRENE SWAIN #366167,

    Petitioner,

v.

ROSETTUS WEEKS,

    Respondent.

Case No: 1:05-cv-438

HONORABLE PAUL L. MALONEY
Chief United States District Judge

ORDER SETTING ASIDE OPINION
AND ORDER DATED
NOVEMBER 16, 2009

Counsel for Petitioner Swain has advised that Calhoun County has filed an application for leave to appeal in the Michigan Supreme Court, File Number: 139726.

Accordingly, the Opinion and Order [Dkt #55] is vacated pending the decision of the Michigan Supreme Court.

Dated: November 16, 2009

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge